UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. HUGHES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SHERMAN, et. al.,<br><br>　　　　　Defendants. | CV F   04 5437 OWW SMS P<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF |

　　　Michael L. Hughes ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on March 17, 2004, raising a sufficiency of the evidence claim regarding a disciplinary finding.[1]

　　　The Court has reviewed the complaint and finds that it states a cognizable substantive due process claim against Defendants S. Sherman, C.R. Villarrial, W.R. Villarreal, and B. Streeter for their participation in Plaintiff's prison disciplinary finding. Accordingly, IT IS HEREBY ORDERED that:

　　　1.　　　Service is appropriate for the following defendants:

　　　　　　　S. SHERMAN

---

[1] The Court notes that the Complaint does not allege a loss of credits that would warrant a dismissal of the action under Edwards v. Balisok, 117 S.Ct. 1584, 1587 (1997).

1

1         C.R. VILLARRIAL

2         W.R. VILLARREAL

3         B. STREETER

4    2.    The Clerk of the Court shall send Plaintiff FOUR USM-285 forms, FOUR summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed March 17, 2004.

5    3.    Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

       a.    Completed summons;

       b.    One completed USM-285 form for each Defendant listed above; and

       c.    FIVE (5) copies of the endorsed complaint filed March 17, 2004.

4.    Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.    <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:**   **June 3, 2005**            /s/ Sandra M. Snyder
icido3                                      UNITED STATES MAGISTRATE JUDGE