UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL L. HUGHES, | ) | 1:04-CV-5437 OWW SMS P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | (DOCUMENT #10) |
| v. | ) | |
| | ) | |
| S. SHERMAN, et al., | ) | CLERK DIRECTED TO SEND PLAINTIFF COPY OF COMPLAINT |
| | ) | FILED MARCH 17, 2005 |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 20, 2005, plaintiff filed a motion to extend time to submit documents pursuant to the court order of June 6, 2005. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. The clerk's office be directed to send plaintiff one copy of the complaint filed March 17, 2005.

2. Plaintiff is granted thirty days from the date of service of this order in which to comply with the court's order of June 6, 2005. <u>Failure to comply with the order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:   July 7, 2005**                    /s/ Sandra M. Snyder
b6edp0                                              UNITED STATES MAGISTRATE JUDGE