UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL L. HUGHES, | ) | 1:04-CV-5437 OWW SMS P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | |
| v. | ) | (DOCUMENT #15) |
| | ) | |
| S. SHERMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 8, 2005, defendants filed a motion to extend time to respond to plaintiff's complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted twenty (20) days from the date of service of this order in which to file a response to plaintiff's complaint.

IT IS SO ORDERED.

**Dated:   December 8, 2005**                /s/ Sandra M. Snyder
b6edp0                                               UNITED STATES MAGISTRATE JUDGE