# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. HUGHES, | CV F   04-5437 OWW SMS P |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO FILE SUPPLEMENT (Doc. 43.) |
| SHERMAN, et. al., | |
| Defendants. | |

Michael L. Hughes ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On January 17, 2007, Defendants filed a Motion for Summary Judgment. Plaintiff filed an Opposition to the Motion on February 20, 2007.

On March 15, 2007, Plaintiff moved for permission to file a supplemental attachment to his Opposition to the Motion for Summary Judgment. Plaintiff states that when he submitted his Opposition to the Motion for Summary Judgment, he neglected to use the word "verify" in his statement of authenticity. Plaintiff wishes to submit a supplement to include that language.

Plaintiff's request will be GRANTED. However, instead of submitting a supplement, the Court will DIRECT Plaintiff to submit a declaration, signed under penalty of perjury authenticating the various exhibits and attachments cited by Plaintiff. Plaintiff shall submit this pleading and title it "Declaration in support of Opposition to Motion for Summary Judgment."

1  This will ensure that the Court will examine this document when reviewing the Motion for
2  Summary Judgment.
3       Accordingly, the Court HEREBY ORDERS:
4       1.    The Plaintiff's request is GRANTED;
5       2.    Within thirty (30) days of the date of service of this Order, Plaintiff SHALL
6           submit a Declaration in Support of Opposition to Motion for Summary Judgment.
7       Plaintiff's failure to comply with this Order may result in the Court's resolution of the
8  Motion for Summary Judgment without consideration of the declaration.
9
10  IT IS SO ORDERED.
11  **Dated:**  **April 17, 2007**        /s/ Sandra M. Snyder
12                                    UNITED STATES MAGISTRATE JUDGE