# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. HUGHES, | CASE NO. 1:04-cv-05437-OWW-SMS PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR A SIXTY-DAY EXTENSION OF TIME TO FILE AN OBJECTION |
| v. | |
| S. SHERMAN, et al., | (Doc. 47) |
| Defendants. | ORDER VACATING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FROM COURT'S CALENDAR UNTIL PLAINTIFF FILES HIS OBJECTION |
| | (Doc. 34) |

Plaintiff Michael L. Hughes ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's complaint, filed March 17, 2004, against defendants C. Villarrial, W. Villarreal, and Streeter ("defendants") for violating the Due Process Clause of the Fourteenth Amendment. (Docs. 1, 9.) On January 17, 2007, defendants filed a motion for summary judgment and on July 10, 2007, the Magistrate Judge issued a Findings and Recommendations recommending the motion be granted. The parties were provided thirty days within which to file objections. On August 15, 2007, plaintiff filed a motion seeking a sixty-day extension of time to file an objection.

Good cause having been shown, plaintiff's motion shall be granted. In light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, defendants' motion for summary judgment is deemed

///

vacated from the Court's calendar until such time as plaintiff files his objection, allowing the Court to consider the Findings and Recommendations.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion for a **sixty-day** extension of time to file an objection to the Findings and Recommendations is GRANTED; and

2. Defendants' motion for summary judgment is deemed VACATED from the Court's calendar until such time as plaintiff files his objection.

IT IS SO ORDERED.

**Dated:   August 21, 2007**               /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE