UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. HUGHES, | 1:04-cv-05437-OWW-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 46) |
| vs. | **ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** (Doc. 34) |
| S. SHERMAN, et al., | |
| Defendants. | **ORDER CONCLUDING ENTIRE ACTION** |

Plaintiff, Michael L. Hughes ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 10, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On August 15, 2007, plaintiff filed a motion to extend time. On August 23, 2007, the court granted plaintiff sixty (60) days within which to respond. On October 11, 2007, plaintiff

1

filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 10, 2007, are ADOPTED IN FULL;

2. Defendants' motion for summary judgment, filed January 17, 2007, is GRANTED; and,

3. This action is therefore CONCLUDED in its entirety.

IT IS SO ORDERED.

**Dated:   December 1, 2007**          /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

2