IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. HUGHES,<br><br>        Plaintiff,<br><br>   vs.<br><br>S. SHERMAN, et al.,<br><br>        Defendants. | No. CV-F-04-5437 OWW/SMS P<br><br>ORDER DENYING PLAINTIFF'S MOTION TO VACATE JUDGMENT (Doc. 52) AND PLAINTIFF'S MOTION REQUESTING CLARIFICATION OF PREVIOUS MOTION TO VACATE JUDGMENT (Doc. 53) |

    Plaintiff's motion to vacate the judgment and Plaintiff's motion requesting clarification of previous motion to vacate judgment are DENIED.  Plaintiff merely asserts that the Court's analysis in granting summary judgment for Defendants "was improper."  Further proceedings by Plaintiff now lie in the Court of Appeals.

    IT IS SO ORDERED.

**Dated:   June 12, 2008**                  /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE